ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California, 90831-1800
Telephone: (562) 435-2626

CONTE C. CICALA (Bar No. 173554)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 693-5566

Attorneys for Plaintiffs
NIPPON YUSEN KAISHA, dba NYK LINE; and
NYK LINE (NORTH AMERICA) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPON YUSEN KAISHA, dba NYK LINE; and NYK LINE (NORTH AMERICA) INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: C-07-0563 MJJ <br><br> **NOTICE OF DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), plaintiff hereby voluntarily dismisses the above-captioned action in its entirety.

///

-1-
NOTICE OF DISMISSAL – C-07-0563 MJJ

1  DATED: July 13, 2007                         FLYNN, DELICH & WISE LLP

2

3
                                                By_____
4                                                   Erich P. Wise
                                                    Conte C. Cicala
5                                                Attorneys for Plaintiffs
                                                 Nippon Yusen Kaisha dba NYK Line,
6                                                and NYK Line (North America) Inc.

7
   Dated: 8/2/07
8



IT IS SO ORDERED
Judge Martin J. Jenkins

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626